# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBBIE THOMAS ,** | : | CIVIL ACTION NO. 1:12-CV-1539 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **CHARLIE BRINICH**, et al., | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 9th day of July, 2013, upon consideration of defendants' motion to stay discovery (Doc. 26) based on the pendency of motions to dismiss (Doc. 24, 28), it is hereby ORDERED that:

1. The motion (Doc. 26) is GRANTED.

2. Any and all discovery is stayed (Docs. 24, 28) pending further order of court.

                                              S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge