IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBBIE THOMAS**, | : | CIVIL ACTION NO. 1:12-CV-1539 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **CHARLIE BRINICH**, *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 5th day of March, 2014, upon consideration of the motion (Doc. 28) to dismiss filed on behalf of defendant Ahner, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1.  Defendant's motion (Doc. 28) is GRANTED.

2.  The claims against defendant Ahner are dismissed in their entirety.

3.  The Clerk of Court is directed to TERMINATE this defendant.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania