# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBBIE THOMAS**, | : | CIVIL ACTION NO. 1:12-CV-1539 |
| Plaintiff | : | Chief Judge Conner |
| v. | : | |
| **CHARLIE BRINICH**, *et al.*, | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 12th day of March, 2014, upon consideration of the motion (Doc. 24) to dismiss filed on behalf of defendants Brinich, Vuksta, Smith, Murick, White, Waters, Yankle, Gavin and Nevis, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 24) to dismiss is GRANTED

2. Plaintiff's complaint is DISMISSED in its entirety.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania